NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**JOE H. MEDRANO,**
*Claimant-Appellant,*

**v.**

**Eric K. Shinseki, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2013-7067

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 11-2271, Judge Lawrence B. Hagel.

---

**ON MOTION**

---

**O R D E R**

Joe H. Medrano moves without opposition to withdraw his appeal,

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The motion is granted.  The appeal is dismissed.

JOE MEDRANO V. SHINSEKI                                    2

    (2)  Each side shall bear its own costs.

    (3)  All other pending motions are moot.

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s27

ISSUED AS A MANDATE: May 28, 2013